# Finefrock *v.* United Traction Company, Appellant (No. 2).

Argued April 11, 1907. Appeal, No. 52, April T., 1907, by defendant, from judgment of C. P. No. 2, Allegheny Co., Jan. T., 1902, No. 857, on verdict for plaintiff in case of David C. Finefrock and Margaret Finefrock, his wife, v. The United Traction Company. Before RICE, P. J., HENDERSON, MORRISON, HEAD and BEAVER, JJ. Affirmed.

OPINION BY BEAVER, J., May 13, 1907:

In the court below two verdicts were rendered in a joint action, brought by the plaintiffs against the defendant. Judgment being entered thereon, separate appeals were taken to this court.

We have just filed an opinion in No. 51, ante, p. 638, in which, for the reasons therein stated, the judgment for one of the plaintiffs is affirmed. For like reasons, which need not here be repeated, the judgment in favor of the other defendant is likewise affirmed.